# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| Teresa Grado,<br><br>      Plaintiff,<br><br>v.<br><br>LVNV Funding, LLC; Resurgent Capital Services, L.P.; and BQ & Associates, P.C., L.L.O.,<br><br>      Defendants. | Case No.: 2:25-cv-2401-DDC-BGS<br><br>**Plaintiff's First Set of Requests for Admission to Defendant BQ & Associates, P.C., L.L.O.** |

## CERTIFICATE OF SERVICE

      I hereby certify that, on Friday, December 12, 2025, I served a true and correct copy of Plaintiffs' Requests for Admissions, Plaintiffs' Interrogatories, and Plaintiffs' Requests for Production of Documents to Defendant BQ & Associates, P.C., L.L.O. by email to the following counsel of record:

      Christian Taylor – ctaylor@bqlaw.com

Courtesy copies were also provided to the following:

      Anna-Katrina S. Christakis – kchristakis@pilgrimchristakis.com
      Ke Liu – kliu@pilgrimchristakis.com

Respectfully submitted,

Date: December 12, 2025

/s/ James Crump
James Crump, KS 78704
Ryan M. Callahan, KS 25363
Callahan Law Firm
222 W. Gregory Blvd., Ste. 210
Kansas City, MO 64114
Telephone:   (816) 822-4041
Email: james@callahanlawkc.com
Email: ryan@callahanlawkc.com

Anthony P. Chester
**Chester Law PLLC**
8400 Normandale Lake Blvd., Ste. 920
Bloomington, MN 55437
Telephone:   (612) 488-2110
Email: tony@chester.law
*Attorneys for Plaintiff*