**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Teresa Grado, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:25-cv-02401-DDC-BGS |
| LVNV Funding, LLC, Resurgent Capital Services, LP, and BQ Associates, P.C., L.L.O., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**<u>DESIGNATION OF MEDIATOR</u>**

The parties have selected Robert Schieber of Jay Daugherty Mediation & Arbitration as the outside mediator for this case.  Mediation will take place on February 12, 2026, beginning at 9:30AM.  The mediation will occur via videoconference.

Respectfully submitted,

**Chester Law PLLC**

Dated: January 14, 2026

By: /s/ *Anthony P. Chester*
Anthony Chester
Chester Law PLLC
8400 Normandale Lake Bvld., Ste. 920
Bloomington, MN 55410
Telephone:    (612) 488-2110
Email: tony@chester.law

Ryan M. Callahan
James Crump
**Callahan Law Firm**
222 W. Gregory Blvd., Ste. 210
Kansas City, MO 64114
Telephone:    (816) 822-4041
Email: Ryan@callahanlawkc.com
Email: James@callahanlawkc.com
*Attorney for Plaintiff*

1

**BQ & Associates, P.C., L.L.O.**

Dated: January 14, 2026

*/s/ Christian Taylor*
Christian Taylor
BQ & Associates, P.C., L.L.O.
9140 Ward Parkway, Suite 200
Kansas City, MO 64114
dhepperlen@bqlaw.com
*Counsel for BQ & Associates, P.C., L.L.O.*


**Pilgrim Christakis LLP**

Dated: January 14, 2026

*/s/ Ke Liu*
Ke Liu (pro hac vice)
Pilgrim Christakis LLP
One South Dearborn Street, Suite 1420
Chicago, Illinois 60603
Ph. (312) 445-0488
Fax (312) 939-0983
kliu@pilgrimchristakis.com
*Counsel for LVNV Funding, LLC and*
*Resurgent Capital Services, LP*